**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Patrick Russell WAYNE, a.k.a. Randy Lance Hall, Defendant–Appellant.**

No. 06–10180.

United States Court of Appeals, Ninth Circuit.

Submitted April 16, 2007.*

Filed April 18, 2007.

Michael T. Morrissey, Esq., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Philip A. Seplow, Esq., Law Offices of Philip A. Seplow, Phoenix, AZ, for Defendant–Appellant.

Before: O'SCANNLAIN, CLIFTON, and BEA, Circuit Judges.

MEMORANDUM **

Patrick Russell Wayne appeals from the district court's order revoking his supervised release and imposing a 37–month sentence.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Wayne has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Wayne has filed a pro se brief. No government brief has been filed.

Our independent review of the record and briefs, pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Accordingly, we **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's order.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.